E. L. KIMMINS, APPELLANT, v. DANIEL A. LORD, AP-
PELLEE.

BILL OF EXCEPTIONS NECESSARY TO REVIEW EVIDENCE.—Where the
sole errors relied on to reverse a judgment relate to the admission
of testimony against the objections of the appellant, and that the
judgment is excessive, the appeal cannot be sustained in the ab-
sence of a bill of exceptions, signed and sealed by the judge who
tried the case.

*Appeal from County Court of Arapahoe County.*

Mr. W. J. WEEBER, for appellant.

Messrs. STALEY & SAFELEY, for appellee.

RICHMOND, P. J.   This is an action to recover for the
value of sheep belonging to appellee, Lord, which had in
some manner found their way into the possession of the ap-
pellant, Kimmins.   The original action was commenced in
the justice's court, resulting in a judgment for appellee, and
was thereafter appealed to the county court, tried to a jury,
and again resulted in a judgment for appellee in the sum of
$120.57.   To reverse this judgment appellant prosecutes this
appeal.

The sole errors assigned are : That the court erred in ad-
mitting evidence over defendant's objection ; and, that the
judgment is excessive and against the evidence.

The judgment must be affirmed upon the record as it stands.
There is no bill of exceptions in the record signed and sealed

by the judge, before whom the case was tried, exhibiting the testimony introduced on the trial. It has been repeatedly held that such a bill of exceptions signed and sealed, under the statute, is absolutely indispensable to warrant the hearing when the error relied on is that the judgment is unsupported by the evidence. *Bergundthal v. Bailey et al.*, 15 Colo. 257.

As in the above entitled case, it may be said that it is unnecessary to put the decision upon this technical ground alone. A careful review of the testimony in the unsealed bill of exceptions would warrant us in saying that there is ample testimony to support the verdict of the jury and the action of the court in entering the judgment.

The judgment is affirmed.

*Affirmed.*